UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:
**08-23546-CIV-HOEVELER/GARBER**

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
v. )     **CLOSED**
)     **CIVIL**
RICA FOODS, INC. )     **CASE**
Defendant. )
)
_____)

### FINAL JUDGMENT AS TO DEFENDANT RICA FOODS, INC.

Plaintiff Securities and Exchange Commission having filed a Complaint seeking a permanent injunction prohibiting Defendant Rica Foods, Inc. ("Rica") from violating the antifraud, books and records, and internal control provisions of the federal securities laws; and Rica, by the attached Consent, having: entered into a general appearance; consented to the Court's jurisdiction over it and the subject matter of this action; consented to the entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to subject matter and personal jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment; and the Court having accepted such Consent and having jurisdiction over Rica and the subject matter of this action:

I.

### PERMANENT INJUNCTION AS TO SECTION 10(b) OF THE EXCHANGE ACT AND RULE 10b-5 THEREUNDER

**IT IS ORDERED AND ADJUDGED** that Rica, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained

and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

### PERMANENT INJUNCTION AS TO SECTION 13(a) OF THE EXCHANGE ACT AND RULES 12b-20, 13a-1, AND 13a-13 THEREUNDER

**IT IS FURTHER ORDERED AND ADJUDGED** that Rica, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 13(a) of the Exchange Act [15 U.S.C. §78m(a) ] and Rules 12b-20, 13a-1, and 13a-13 thereunder [ 17 C.F.R. §§240.12b-20, 240.13a-1, and 240.13a-13] by filing or causing to be filed with the Commission any annual or quarterly report on behalf of Rica, or any other issuer, required to be filed with the Commission pursuant to Section 13(a) of the Exchange Act [15 U.S.C. §78m(a)] and the rules and regulations promulgated thereunder, which misstates any material facts or omits material information necessary to make the information in such report true and correct.

III.

**PERMANENT INJUNCTION AS TO SECTION 13(b)(2)(A) OF THE EXCHANGE ACT**

**IT IS FURTHER ORDERED AND ADJUDGED** that Rica, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 13(b)(2)(A) of the Exchange Act [15 U.S.C. §78m(b)(2)(A)] by failing to make and keep accurate books, records and accounts, which, in reasonable detail, accurately and fairly reflect the transactions and disposition of the assets of the issuer.

IV.

**PERMANENT INJUNCTION AS TO SECTION 13(b)(2)(B) OF THE EXCHANGE ACT**

**IT IS FURTHER ORDERED AND ADJUDGED** that Rica, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 13(b)(2)(B) of the Exchange Act [15 U.S.C. § 78m(b)(2)(A)] by failing to devise and maintain a system of internal accounting controls sufficient to provide reasonable assurances that: transactions are executed in accordance with management's general or specific authorization; transactions are recorded as necessary to permit preparation of financial statements in conformity with generally accepted accounting principals or any other criteria applicable to such statements, and to maintain accountability for assets; access to assets is permitted only in accordance with management's general or specific authorization; and the recorded accountability for assets is compared with the

existing assets at reasonable intervals and appropriate action is taken with respect to any differences.

V.

## INCORPORATION OF RICA'S CONSENT

IT IS FURTHER ORDERED AND ADJUDGED that the Consent of Rica is incorporated herein with the same force and effect as if fully set forth herein, and that Rica shall comply with all of the undertakings and agreements set forth therein.

VI.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

VII.

## CERTIFICATION UNDER RULE 54(b)

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

DONE AND ORDERED this 18th day of Feb., 2009 at Miami, Florida.

_____
[JUDGE]
UNITED STATES DISTRICT COURT JUDGE

Copies to all counsel and parties of record